IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEROME GREER EL, # 185535, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 3:21-cv-653-WHA-KFP ) (WO) |
| JEFFERY BALDWIN, *et al.*, | ) ) |
| Respondents. | ) |

## **ORDER**

On October 19, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 3. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 3) is ADOPTED; and

2. This case is DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application.

A final judgment will be entered separately.

DONE this 12th day of November, 2021.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE